# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HOAR, RICHARD F JR. | § Case No. 09-24401-BWB |
| HOAR, THERESE M | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/07/2011        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: HOAR, RICHARD F JR. § | Case No. 09-24401-BWB |
| HOAR, THERESE M § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,035.41 |
| *and approved disbursements of* | $ 48,327.93 |
| *leaving a balance on hand of* [1] | $ 16,707.48 |
| **Balance on hand:** | $ 16,707.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,707.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,751.75 | 0.00 | 5,751.75 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 67.79 | 0.00 | 67.79 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 3,152.50 | 0.00 | 3,152.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 58.26 | 0.00 | 58.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,030.30 |
| Remaining balance: | $ 7,677.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,677.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,677.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,761.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | 645.31 | 0.00 | 359.98 |
| 2 | Amcore Bank | 3,066.87 | 0.00 | 1,710.80 |
| 3 | Chase Bank USA, N.A. | 4,075.41 | 0.00 | 2,273.40 |
| 4 | Chase Bank USA, N.A. | 2,058.40 | 0.00 | 1,148.24 |
| 5 | Capital Recovery III LLC As Assignee of | 2,234.78 | 0.00 | 1,246.64 |
| 6 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 1,680.99 | 0.00 | 937.71 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,676.77 |
| Remaining balance: | $ | 0.41 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.41

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.41

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-24401-BWB
Richard F Hoar                                                      Chapter 7
Therese M Hoar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez           Page 1 of 3          Date Rcvd: Dec 16, 2011
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2011.
db/jdb       +Richard F Hoar, Jr,    Therese M Hoar,    391 E US Rt. 52,    P O Box 68,
               Troy Grove, IL 61372-0068
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
14129086     +Alliant Credit Union,    P O Box 60051,    City Of Ind, CA 91716-0051
14129087     +Amcore Bank,   801 Washington St,    Mendota, IL 61342-1623
14129088      Apex Medical PC,   P O Box 967,    Tinley Park, IL  60477-0967
14129089      Bergner's,   C/O NAFS,    P O Box 9027,    Williamsville, NY 14231-9027
14129090     +Capital One Bank,    C/O Blatt, Hasenmiller, Leibsker & Moore,    P O Box 489,
               Normal, IL 61761-0489
14129092     +Cardmember Service,    P O Box 15153,    Wilmington, DE 19886-5153
14129091     +Cardmember Service,    P O Box 15325,    Wilmington, DE 19886-5325
15100647      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14129085      David M Kaleel,    61342-1653
14129093      GE Money Bank,    C/O Meyer & Njus, PA,    1100 U.S. Bank Plaza, 200 S 6th St,
               Minneapolis, MN  55402
14129096     +HSBC Card Services,    P O Box 17051,    Baltimore, MD 21297-1051
14129083     +Hoar Richard F Jr,   391 E US Rte 52,    P O Box 68,    Troy Grove, IL 61372-0068
14129084     +Hoar Therese M,   391 E US Rte 52,    P O Box 68,    Troy Grove, IL 61372-0068
14129094     +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
14129095      Hospital Radiology Service,    #8 U.S. Rte. 6 West, Ste. 2,    Peru, IL  61354
14129097     +IVCH,   925 West St,    Peru, IL 61354-2757
14129099     +Methodist Medical Group,    5100 Reliable Pkwy,    Chicago, IL 60686-0051
14129100      Midwest Open MRI,    P O Box 66973/Slot 30298,    Chicago, IL  60666-0973
14129101     +Northern Leasing Systems, Inc,    P O Box 7861,    New York, NY 10116-7861
14129102     +Numark CU,   P O Box 815159,    Dallas, TX 75381-5159
14129103     +Peru Anesthesia,   925 West St,    Peru, IL 61354-2757
14129104      Plastic Surgery & Hand Special,    6311 W 95th St,    Oak Lawn, IL  60453-2201
14129106      SST Card Services,    P O Box 23060,    Columbus, GA  31902-3060
14129105     +Special Loan Services LLS,    8742 Lucent Blvd., Ste. 34,    Highlands Ranch, CO 80129-2302
14129107     +St. Margaret Hospital,    600 East First St,    Spring Valley, IL 61362-1599
14129108     +St. Margaret's Health,    P O Box 189,    Spring Valley, IL 61362-0189
14129109      Target National Bank,    C/O NCO Financial Systems,    P O Box 15740,    Wilmington, DE  19850-5740
14129110     +Victoria's Secret,    C/O Penncro Assoc.,    P O Box 1878,    Southampton, PA 18966-0108
14129111     +Wells Fargo,   P O Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15044903      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2011 05:05:17
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK  73124-8866
15112919     +E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2011 04:57:32
               Capital Recovery III LLC As Assignee of,    HSBC Bank Carsons,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14233887      E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2011 05:10:11     GE Money Bank,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue Ste 1120,
               Miami, FL 33131-1605
15311963     +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2011 05:10:12
               GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14129098     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 17 2011 05:09:49     Kohls Payment Center,    P O Box 2983,
               Milwaukee, WI 53201-2983
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Pete Naylor,   Pete Naylor and Hupy & Abraham
15057291    ##+Amcore Bank,   Attn: Marilyn K Kiefer,    1210 South Alpine,    Rockford, IL 61108-3946
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mgonzalez              Page 2 of 3              Date Rcvd: Dec 16, 2011
                               Form ID: pdf006              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**              **Signature:**         _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez             Page 3 of 3              Date Rcvd: Dec 16, 2011
                              Form ID: pdf006             Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:

          Dana N O'Brien   on behalf of Creditor   Wells Fargo Bank, N.A. dobrien@atty-pierce.com,
northerndistrict@atty-pierce.com
          David M Kaleel   on behalf of Debtor Richard Hoar daveyk@mtco.com
          David P Lloyd   on behalf of Trustee Thomas Sullivan dlloyd@ggl-law.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan   tsullivan@ggl-law.com,   IL19@ecfcbis.com

                                                                         TOTAL: 5

Case 09-24401   Doc 40   Filed 12/16/11   Entered 12/18/11 23:34:42   Desc Imaged
Certificate of Notice   Page 8 of 8