**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HOAR, RICHARD F JR.       §    Case No. 09-24401-BWB
       HOAR, THERESE M                   §
                                                        §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

      THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 <br> *(without deducting any secured claims)* | Assets Exempt: $53,000.00 |
| Total Distribution to Claimants: $18,105.39 | Claims Discharged <br> Without Payment: $5,559.38 |
| Total Expenses of Administration: $31,930.22 | |

      3) Total gross receipts of $ 65,035.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $50,035.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,000.00 | $9,903.01 | $9,903.01 | $9,903.01 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,455.22 | 31,930.22 | 31,930.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,113.00 | 13,761.76 | 13,761.76 | 8,202.38 |
| **TOTAL DISBURSEMENTS** | $188,113.00 | $56,119.99 | $55,594.99 | $50,035.61 |

    4) This case was originally filed under Chapter 7 on July 03, 2009. The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/08/2012     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| COVERING BOND PAYMENT - DEPOSIT WAS SENT BACK IN | 1280-000 | 33.79 |
| PI CASE | 1142-000 | 65,000.00 |
| Interest Income | 1270-000 | 1.82 |
| **TOTAL GROSS RECEIPTS** | | **$65,035.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THERESE M HOAR | EXEMPTION TO DEBTOR | 8200-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Special Loan Services    LLS | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 67,000.00 | N/A | N/A | 0.00 |
| | ILLINOIS VALLEY COMMUNITY HOSPITAL | 4210-000 | N/A | 1,548.40 | 1,548.40 | 1,548.40 |
| | BLUE CROSS/BLUE SHIELD | 4210-000 | N/A | 8,354.61 | 8,354.61 | 8,354.61 |
| **TOTAL SECURED CLAIMS** | | | **$109,000.00** | **$9,903.01** | **$9,903.01** | **$9,903.01** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 5,751.75 | 5,751.75 | 5,751.75 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 67.79 | 67.79 | 67.79 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 58.26 | 58.26 | 58.26 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 3,152.50 | 2,627.50 | 2,627.50 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 33.79 | 33.79 | 33.79 |
| HUPY & ABRAHAM | 3210-600 | N/A | 21,666.67 | 21,666.67 | 21,666.67 |
| HUPY & ABRAHAM | 3220-610 | N/A | 1,495.03 | 1,495.03 | 1,495.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.24 | 80.24 | 80.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.27 | 97.27 | 97.27 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.87 | -2.87 | -2.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.79 | 54.79 | 54.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $32,455.22 | $31,930.22 | $31,930.22 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | 7100-000 | N/A | 645.31 | 645.31 | 384.62 |
| 2 | Clerk Of The U.S. Bankruptcy Court - Amcore Bank | 7100-001 | N/A | 3,066.87 | 3,066.87 | 1,827.94 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,075.41 | 4,075.41 | 2,429.05 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,058.40 | 2,058.40 | 1,226.86 |
| 5 | Capital Recovery III LLC As Assignee of | 7100-000 | N/A | 2,234.78 | 2,234.78 | 1,331.99 |
| 6 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 1,680.99 | 1,680.99 | 1,001.92 |
| NOTFILED | Midwest Open MRI | 7100-000 | 5,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Leasing Systems, Inc | 7100-000 | 2,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls Payment Center | 7100-000 | 607.00 | N/A | N/A | 0.00 |
| NOTFILED | Methodist Medical Group | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Numark CU | 7100-000 | 7,322.00 | N/A | N/A | 0.00 |
| NOTFILED | IVCH | 7100-000 | 19,127.00 | N/A | N/A | 0.00 |
| NOTFILED | Plastic Surgery & Hand Special | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Peru Anesthesia | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | SST Card Services | 7100-000 | 5,795.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret C/O Penncro Assoc. | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Margaret Hospital | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank C/O NCO Financial Systems | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Margaret's Health | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 1,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Hospital Radiology Service | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Credit Union | 7100-000 | 4,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Apex Medical PC | 7100-000 | 13,903.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 3,667.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank C/O Meyer & Njus, PA | 7100-000 | 1,422.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank C/O Blatt, Hasenmiller, Leibsker & | 7100-000 | 6,814.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services Processing Center | 7100-000 | 786.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergner's C/O NAFS | 7100-000 | 2,180.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $79,113.00 | $13,761.76 | $13,761.76 | $8,202.38 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24401-BWB  
**Case Name:** HOAR, RICHARD F JR.  
  HOAR, THERESE M  
**Period Ending:** 05/08/12

**Trustee:**   (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/03/09 (f)  
**§341(a) Meeting Date:** 08/04/09  
**Claims Bar Date:** 04/29/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 391 E. US RTE 52, TROY GROVE, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MISC JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2002 STRATUS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | PI CASE | 15,000.00 | 0.00 | | 65,000.00 | FA |
| 8 | WORKERS COMP CASE | 5,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.82 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$153,000.00** | **$0.00** | | **$65,001.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

  12/4/09 ORDER ENTERED APPROVING EMPLOYMENT OF SPECIAL COUNSEL TO PURSUE PI CASE; FINAL HEARING SET FOR JANUARY 13, 2012

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   December 7, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-24401-BWB  
**Case Name:** HOAR, RICHARD F JR.  
HOAR, THERESE M  
**Taxpayer ID #:** **-***5003  
**Period Ending:** 05/08/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/11 | {7} | PROGRESSIVE NORTHERN INSURANCE COMPANY | SETTLEMENT PER ORDER OF 12/3/10 | 1142-000 | 41,838.30 | | 41,838.30 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-24401, Bond# 016026455 | 2300-000 | | 33.79 | 41,804.51 |
| 02/17/11 | {7} | RETURN OF DEPOSIT | | 1142-000 | -41,838.30 | | -33.79 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | -33.75 |
| 03/01/11 | | GROCHOCINSKI, GROCHOCINSKI & LLOYD | COVERING BOND PAYMENT - DEPOSIT WAS SENT BACK INSUFFICIENT ENDORSEMENT | 1280-000 | 33.79 | | 0.04 |
| 06/07/11 | | PROGRESSIVE NORTHERN INSURANCE CO | SETTLEMENT OF BODILY INJURY | | 41,838.30 | | 41,838.34 |
| | {7} | | 65,000.00 | 1142-000 | | | 41,838.34 |
| | | HUPY & ABRAHAM | SPECIAL COUNSEL FEES   -21,666.67 | 3210-600 | | | 41,838.34 |
| | | HUPY & ABRAHAM | SPECIAL COUNSEL COSTS   -1,495.03 | 3220-610 | | | 41,838.34 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 41,838.60 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,838.95 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.24 | 41,758.71 |
| 08/25/11 | 1002 | THERESE M HOAR | EXEMPTION TO DEBTOR | 8200-002 | | 15,000.00 | 26,758.71 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 26,759.06 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.27 | 26,661.79 |
| 09/19/11 | 1003 | ILLINOIS VALLEY COMMUNITY HOSPITAL | PAYMENT OF SECURED CLAIM | 4210-000 | | 1,548.40 | 25,113.39 |
| 09/19/11 | 1004 | BLUE CROSS/BLUE SHIELD | PAYMENT OF SECURED CLAIM | 4210-000 | | 8,354.61 | 16,758.78 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.87 | 16,761.65 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 16,761.86 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.79 | 16,707.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 16,707.28 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 16,707.48 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 16,707.63 |
| 01/13/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 16,707.68 |
| 01/13/12 | | To Account #9200******0966 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 16,707.68 | 0.00 |

Subtotals :   $41,873.91   $41,873.91

{} Asset reference(s)   Printed: 05/08/2012 02:10 PM   V.13.02

Case 09-24401   Doc 47   Filed 05/24/12   Entered 05/24/12 10:50:51   Desc Main
Document      Page 9 of 11

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-24401-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | HOAR, RICHARD F JR. | | **Bank Name:** | The Bank of New York Mellon |
| | HOAR, THERESE M | | **Account:** | 9200-******09-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5003 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/08/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 41,873.91 | 41,873.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,707.68 | |
| | | | **Subtotal** | | 41,873.91 | 25,166.23 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$41,873.91** | **$10,166.23** | |

{} Asset reference(s)

Printed: 05/08/2012 02:10 PM     V.13.02

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-24401-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** HOAR, RICHARD F JR. | **Bank Name:** The Bank of New York Mellon |
| HOAR, THERESE M | **Account:** 9200-******09-66 - Checking Account |
| **Taxpayer ID #:** **-***5003 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/08/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/13/12 | | From Account #9200******0965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 16,707.68 | | 16,707.68 |
| 01/17/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $5,751.75, Trustee Compensation; Reference: | 2100-000 | | 5,751.75 | 10,955.93 |
| 01/17/12 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $67.79, Trustee Expenses; Reference: | 2200-000 | | 67.79 | 10,888.14 |
| 01/17/12 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $58.26, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 58.26 | 10,829.88 |
| 01/17/12 | 104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,627.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,627.50 | 8,202.38 |
| 01/17/12 | 105 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | Dividend paid 59.60% on $645.31; Claim# 1; Filed: $645.31; Reference: | 7100-000 | | 384.62 | 7,817.76 |
| 01/17/12 | 106 | Amcore Bank | Dividend paid 59.60% on $3,066.87; Claim# 2; Filed: $3,066.87; Reference: Voided on 02/16/12 | 7100-000 | | 1,827.94 | 5,989.82 |
| 01/17/12 | 107 | Chase Bank USA, N.A. | Dividend paid 59.60% on $4,075.41; Claim# 3; Filed: $4,075.41; Reference: | 7100-000 | | 2,429.05 | 3,560.77 |
| 01/17/12 | 108 | Chase Bank USA, N.A. | Dividend paid 59.60% on $2,058.40; Claim# 4; Filed: $2,058.40; Reference: | 7100-000 | | 1,226.86 | 2,333.91 |
| 01/17/12 | 109 | Capital Recovery III LLC As Assignee of | Dividend paid 59.60% on $2,234.78; Claim# 5; Filed: $2,234.78; Reference: | 7100-000 | | 1,331.99 | 1,001.92 |
| 01/17/12 | 110 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 59.60% on $1,680.99; Claim# 6; Filed: $1,680.99; Reference: | 7100-000 | | 1,001.92 | 0.00 |
| 02/16/12 | 106 | Amcore Bank | Dividend paid 59.60% on $3,066.87; Claim# 2; Filed: $3,066.87; Reference: Voided: check issued on 01/17/12 | 7100-000 | | -1,827.94 | 1,827.94 |
| 04/19/12 | 111 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | 7100-001 | | 1,827.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,707.68 | 16,707.68 | $0.00 |
| | | | Less: Bank Transfers | | 16,707.68 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,707.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,707.68** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-24401-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | HOAR, RICHARD F JR. | | Bank Name: | The Bank of New York Mellon |
| | HOAR, THERESE M | | Account: | 9200-******09-66 - Checking Account |
| Taxpayer ID #: | **-***5003 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/08/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******09-65 | 41,873.91 | 10,166.23 | 0.00 |
| Checking # 9200-******09-66 | 0.00 | 16,707.68 | 0.00 |
| | $41,873.91 | $26,873.91 | $0.00 |

{} Asset reference(s)

Printed: 05/08/2012 02:10 PM    V.13.02